George VAN WAGNER, Petitioner–Appellant,

v.

BRANCH BANKING & TRUST COMPANY, Respondent–Appellee,

Thomas H. Fluharty, Trustee–Appellee.

No. 11–1204.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 29, 2011.

George Van Wagner, Appellant Pro Se. William L. Hallam, Rosenberg, Martin & Greenberg, LLP, Baltimore, Maryland, for Appellees.

Before MOTZ and DUNCAN,* Circuit Judges.

Dismissed by unpublished PER CURIAM.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Van Wagner seeks to appeal the district court's order denying his motion for leave to appeal an interlocutory order issued by the bankruptcy court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Van Wagner seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).